IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA METAL TRADES COUNCIL,**<br><br>           **Plaintiff,**<br>      v.<br><br>**KONNERUD CONSULTING WEST, A.S.**<br><br>           **Defendant.** | **CIVIL ACTION**<br>**NO. 15-5621** |

## ORDER

**AND NOW**, this __21st__ day of March, 2016, upon consideration of Defendant Konnerud Consulting West, A.S.'s ("Konnerud's") Motion to Dismiss (Doc. 12), Plaintiff Philadelphia Metal Trades Council's Response in Opposition and Request for Remand (Doc. 16), and Konnerud's Reply (Doc. 23), **IT IS HEREBY ORDERED AND DECREED** that Konnerud's Motion is **DENIED IN PART** and **GRANTED IN PART** as follows:

1)   Konnerud's Motion is **DENIED** as to Count I; and

2)   Konnerud's Motion is **GRANTED** as to Count II.  Count II of the Complaint is **DISMISSED** as to Konnerud.

3)   Plaintiff's Request for Remand is **DENIED.**[1]

                              **BY THE COURT:**

                              **/s/ Petrese B. Tucker**
                              _____
                              **Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies this Court's Memorandum Opinion dated March 21, 2016.